**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re   MARGARET M. DEMIERI         :
                                    :    Case No:  17-15406
                                    :    Chapter:  13
         **Debtor**                 :

## ORDER OF COURT

AND NOW, upon consideration of the above Debtor's Motion for Extension of Time to File Chapter 13 Statement and Schedules,

IT IS HEREBY ORDERED that Debtor's Motion is granted and Debtors shall file the said documents on or before September 20, 2017.

BY THE COURT,

**Date: September 7, 2017**

_____
U.S. Bankruptcy Judge