United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15406-ref
Margaret M. Demieri                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa            Page 1 of 1           Date Rcvd: Sep 07, 2017
                         Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2017.
db             +Margaret M. Demieri,    585 Carol Lane,    Bath, PA 18014-8889

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, N.A. as Trustee bkgroup@kmllawgroup.com
              ROBERT  GLAZER    on behalf of Debtor Margaret M. Demieri usbcglazer@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re   MARGARET M. DEMIERI          :
                                     :   Case No:  17-15406
                                     :   Chapter:  13
              Debtor                 :

## ORDER OF COURT

AND NOW, upon consideration of the above Debtor's Motion for Extension of Time to File Chapter 13 Statement and Schedules,

IT IS HEREBY ORDERED that Debtor's Motion is granted and Debtors shall file the said documents on or before September 20, 2017.

BY THE COURT,

**Date: September 7, 2017**

_____
U.S. Bankruptcy Judge