IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re   MARGARET M. DEMIERI        :
                                   :      Case No: 17-15406
                                   :      Chapter: 13
        **Debtor**                 :

## ORDER OF COURT

AND NOW, upon consideration of the above Debtor's Motion for Extension of Time to File Chapter 13 Statement and Schedules,

IT IS HEREBY ORDERED that Debtor's Motion is DENIED.

BY THE COURT,

**Date: September 25, 2017**

_____
U.S. Bankruptcy Judge