**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Margaret M. DeMieri            :        Case No: 17-15406
                                       :        Chapter: 13
                   **Debtors**         :

## CHAPTER 13 FIVE YEAR PLAN

1.  The future earnings of the Debtors are submitted to the supervision and control of the Court and the Debtor shall pay to the Trustee the sum of $100.00 for 60 months beginning September, 2017.

2.  From the payments so received, the Trustee shall make disbursements as follows:

    a.  The priority payments required by Section 507(a), including but not limited to:

      Attorney's fees – as applied for

      Statewide Tax Recovery Inc. - $302.00

    b.  Any funds remaining after the above amounts are paid in full:

      US Bank - $50,000.00

    c.  Any funds remaining after the above amounts are paid in full:

3.  (If applicable) The following executory contracts of the Debtor are rejected: None.

4.  Title to the Debtor's property shall revest in the Debtor upon confirmation of a Plan and upon closing of the case pursuant to Bankruptcy Rule 5009.

5.  By virtue of this Plan, all non-possessory, non-purchase money security interests in the household furnishings, goods, wearing apparel, appliances, musical instruments and jewelry of the Debtor, which are held primarily for personal, family or household use of the Debtor or her dependents, are awarded to the extent such lien impairs the exemption interest of the Debtor.

6.  Payments made outside the Plan:  Select Portfolio

Debtor may sell assets and apply the proceeds to satisfy claims encumbering said assets.

Date:   September 25, 2017         /s/ Margaret M. DeMieri
                                   Margaret M. DeMieri, Debtor


Date: September 25, 2017           /s/ Robert Glazer
                                   Robert Glazer, Esq.
                                   Attorney for the Debtor


Acceptances may be mailed to:      Clerk's Office
                                   U.S. Bankruptcy Court
                                   Suite 300, The Madison
                                   400 Washington Street
                                   Reading, PA  19601