IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      **Margaret Demieri**      :      No: 17-15406
:
**Debtor**      :      Chapter 13

## CERTIFICATION OF SERVICE

I, Robert Glazer, Esq., hereby certify that service of the **Amended Schedule D, F, Amended Declaration and Amended Matrix** (along with the Notice of Chapter 7 Meeting of Creditors & Deadlines) was made on the 3rd day of January, 2018, via first class mail on the following:

| | |
|---|---|
| Capital One Bank<br>15000 Capital One Drive<br>Richmond, VA 23238 | Lehigh Valley Health Network<br>Patient Accounting Department<br>PO Box 4120<br>Allentown, PA 18105 |
| College Heights Endoscopy Center<br>3147 College Heights Blvd.<br>Allentown, PA 18104 | Liberty Emergency Physicians, LLC<br>250 S. 21st Street<br>Easton, PA 18042 |
| Colon-Rectal Surgery Associates, P.C.<br>1255 S. Cedar Crest Blvd.<br>Suite 3900<br>Allentown, PA 18103 | Quest Diagnostics<br>PO Box 4911<br>Southeastern, PA 19398 |
| Easton Hospital<br>Central Business Office<br>1605 Valley Center Parkway<br>Suite 200<br>Bethlehem, PA 18017 | Travelers<br>Attn:  Consumer Affairs<br>One Tower Square<br>Hartford, CT 06183 |
| Gastroenterology Associates, Ltd.<br>3131 College Heights Blvd.<br>Suite 1200<br>Allentown, PA 18104 | Verizon Pennsylvania, Inc.<br>900 Race Street<br>Philadelphia, PA 19107 |
| Homeowners Emergency Mortgage Assistance<br>211 North Forton Street<br>PO Box 15530 | CBCS<br>PO Box 163250<br>Columbia, OH 43216-3250 |

| | |
|---|---|
| Harrisburg, PA 17105 | |
| Kohl's Department Store<br>PO Box 3115<br>Milwaukee, WI 53201 | Credit Collection Services<br>Two Wells Avenue<br>Dept. 9134<br>Newton Center, MA 02459 |
| Durham & Durham, LLP<br>5665 New Northside Drive<br>Suite 340<br>Atlanta, GA 30328 | Debt Recovery Solutions, Inc.<br>900 Merchants Concourse<br>Suite LL-11<br>Westbury, NY 11590 |
| Michael F. Ratchford, Esquire<br>409 Lackawanna Avenue<br>Suite 320<br>Scranton, PA 18503 | National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111 |
| | |

Date:   January 3, 2018

/s/ Robert Glazer
Robert Glazer, Esq.
Attorney for Debtor
Attorney ID No:  30234
MCLAUGHLIN & GLAZER
26 N. Third Street
Easton, PA  18042
610-258-5609