UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :

MARGARET M  DEMIERI
                                              : Bankruptcy No. 17-15406REF
                    Debtor(s)                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: August 9, 2018**

Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT GLAZER ESQ
MCLAUGHLIN & GLAZER
26 N THIRD STREET
EASTON PA 18042-3643

MARGARET M  DEMIERI
585 CAROL LANE
BATH,PA.18014