United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15406-ref
Margaret M. Demieri                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith          Page 1 of 1          Date Rcvd: Aug 09, 2018
                              Form ID: pdf900      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db              +Margaret M. Demieri,   585 Carol Lane,   Bath, PA 18014-8889

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank, N.A. as Trustee bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
           Series 2006-NC1 bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
           holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through
           Certificates, Series 2006-NC1 bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, N.A. as Trustee bkgroup@kmllawgroup.com
          ROBERT  GLAZER    on behalf of Debtor Margaret M. Demieri usbcglazer@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                          TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

MARGARET M  DEMIERI
                                                : Bankruptcy No. 17-15406REF
                Debtor(s)                       : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: August 9, 2018**

Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT GLAZER ESQ
MCLAUGHLIN & GLAZER
26 N THIRD STREET
EASTON PA 18042-3643

MARGARET M  DEMIERI
585 CAROL LANE
BATH,PA.18014